**J. S. Walker, appellant, v. Frank Armstrong, appellee.**
Action for commission for sale of a farm. Judgment for defendant. Appeal from the Circuit Court of Crawford county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.
Wesner & Wesner, for appellant. Bradbury, Gaines & Bradbury and Abe L. MacHatton, for appellee.
Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Dosey Douglas, administratrix of the estate of A. D. Douglas, deceased, appellee, v. Sesser Coal Company, appellant.**
Action for negligent death against an employer who had not elected to come under the compensation act. Judgment for plaintiff. Appeal from the Circuit Court of Franklin county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the October term, 1921. Reversed. Opinion filed March 24, 1922.
William H. Hart and William W. Hart, for appellant. Layman & Johnson and D. G. Thompson, for appellee.
Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Eichenseer Brothers, appellee, v. William Guild, appellant.**
Action of forcible entry and detainer. Judgment for plaintiff. Appeal from the Circuit Court of Pulaski county; the Hon. William N. Butler, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.
P. E. Hileman, for appellant. C. S. Miller, for appellee.
Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**William Meteer, appellee, v. Morris Sternberger, appellant.**
Action for damages for conversion of household goods. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. M. Millard, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.
T. M. Webb, for appellant. Alexander Flannigen, for appellee.
Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Roscoe Stevens, by Dollie Stevens, appellee, v. Illinois Central Railroad Company, appellant.**
Action for damages for personal injuries received when a truck driven by plaintiff was struck by defendant's passenger train. Judgment for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922. Certiorari denied by Supreme Court (making opinion final).
Charles E. Feirich and Noleman, Smith & Dallstream, for appellant; W. S. Horton, of counsel. W. G. Wilson and Robert E. Wright, for appellee.
Mr. Presiding Justice Higbee delivered the opinion of the court.